IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01616-AP

MARILYNN O. WEBB,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:
Jeannine LaPlace
Law Offices of Binder and Binder, P.C.
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: (212) 677-6801
Fax: (646) 273-2196
fedcourt@binderandbinder.com

For Defendant:
JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Acting Chief, Civil Division
United States Attorney's Office
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
303-844-0815
303-844-0770 Facsimile
Stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION
The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

| | |
|---|---|
| **A. Date Complaint Was Filed:** | July 09, 2010 |
| **B. Date Complaint Was Served on U.S. Attorney's Office:** | July 16, 2010 |
| **C. Date Answer and Administrative Record Were Filed:** | September 14, 2010 |

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of her knowledge, Counsel for Plaintiff states that the record is complete and accurate. To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE
The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES
**Counsel for Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS
There are no other matters anticipated.

## 8. BRIEFING SCHEDULE
Counsel for both parties agree to the following proposed briefing schedule, which has been adjusted two days past the standard 40 days:
**A. Plaintiffs Opening Brief Due:** November 17, 2010
**B. Defendant's Response Brief Due:** December 17, 2010
**C. Plaintiffs Reply Brief (If Any) Due:** January 3, 2011

## 9. STATEMENTS REGARDING ORAL ARGUMENT
**A. Plaintiffs Statement:**
    Plaintiff does not request oral argument.
**B. Defendant's Statement:**
    Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**
THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 22nd day of September 2010

                                            BY THE COURT:


                                            s/John L. Kane
                                            U.S. DISTRICT COURT JUDGE

 APPROVED:
s/Jeannine LaPlace                          JOHN F. WALSH
Jeannine LaPlace                            United States Attorney
Law Offices of Binder and Binder, P.C.
60 East 42nd Street, Suite 520              KEVIN TRASKOS
New York, New York 10165                    Acting Chief, Civil Division
Phone: (212) 677-6801                       United States Attorney's Office
Fax: (646) 273-2196                         District of Colorodo
fedcourt@binderandbinder.com
                                            s/ Stephanie Lynn F. Kiley
                                            Stephanie Lynn F. Kiley
                                            Special Assistant United States Attorney
                                            1961 Stout Street, Suite 1001A
                                            Denver, Colorado 80294
                                            303-844-0815
                                            303-844-0770 Facsimile
                                            Stephanie.kiley@ssa.gov